# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Adler Eliacin )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>State Street Bank & Trust Co. )<br>)<br>Defendant. ) | Civil Action No.<br>1:21-11195- LTS |

## 30 DAY SETTLEMENT ORDER OF DISMISSAL & CLOSING ORDER

SOROKIN, J.

The Court having been advised that the above captioned action settled. It is hereby ORDERED that this action against the defendants is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within 30 days if settlement is not consummated.

By the Court,

/s/ Samantha Dore
Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel